# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY E. DIAZ II,<br><br>    Petitioner,<br><br>v.<br><br>STU SHERMAN, Warden,<br><br>    Respondent. | Case No. CV 19-591 AG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the stay motion and related papers, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered (1) accepting the findings and recommendations in this Report; (2) denying Petitioner's request for a <u>Rhines</u>

stay; (3) dismissing Petitioner's unexhausted claims without prejudice; and (4) referring the matter back to Magistrate Judge Wilner for further proceedings.

DATE: September 22, 2019

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE