IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY E. DIAZ II,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>    Respondent. | Case No. CV 19-591 ODW (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 4, 2020

                                        HON. OTIS D. WRIGHT II
                                        UNITED STATES DISTRICT JUDGE